IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

> **Motion GRANTED. Hearing reset for 8/11/14 at 1:30 p.m.**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-00055 |
| | ) | JUDGE TRAUGER |
| BENJAMIN MARTINEZ-GONZALEZ | ) | |

## MOTION TO CONTINUE CHANGE OF PLEA HEARING

COMES NOW the United States of America and moves the Court to continue the defendant's change of plea hearing presently set for July 25, 2014.

The undersigned Assistant United States Attorney is scheduled to be out of town the week of July 21-25, 2014.

    Respectfully submitted,

    DAVID A. RIVERA
    United States Attorney

  By: s/Harold B. McDonough
    HAROLD B. MCDONOUGH
    Assistant U. S. Attorney
    110 9th Avenue South
    Suite A-961
    Nashville, Tennessee 37203